IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| REGINALD DEKEITH MIMS, | * |
| Petitioner | * |
| vs. | * |
| | CASE NO. 4:07-CV-85 (CDL) |
| BRUCE CHATMAN, | * |
| Respondent | * |
| | * |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 30, 2007, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 26th day of September, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE